CRANDELL, Respondent, v. BICKERD et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 25, 1900.) Action by John L. Crandell against Elizabeth Bickerd and William H. Gardner.

PER CURIAM. Motion denied, on condition that the appellants within 20 days serve and file printed papers in this appeal, and pay respondent $10 costs of this motion. In default thereof, motion is granted, with $10 costs.

CURTIS v. VAN BERGH et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 2, 1900.) Action by Wendell J. Curtis, as assignee, etc., against Frederick W. Van Bergh and another. No opinion. Judgment and order affirmed, with costs. See 51 N. Y. Supp. 1140.

DANNER, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 2, 1900.) Action by George Danner against the Erie Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event. Held, that plaintiff was guilty of contributory negligence as matter of law, and should have been nonsuited.

In re DAVIDSON. (Supreme Court, Appellate Division, First Department. October 19, 1900.) In the matter of Edmund D. Davidson. No opinion. Decree affirmed, with costs.

DAVIDSON et al., Respondents, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. October 19, 1900.) Action by Hugh Davidson and others against Clarence L. Smith. No opinion. Judgment affirmed, with costs.

DAVIS, Respondent, v. CITY OF SYRACUSE, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 25, 1900.) Action by John C. Davis against the city of Syracuse. No opinion. Judgment and order affirmed, with costs. All concur, except SPRING and LAUGHLIN, JJ., who dissent.

DAVIS, Appellant, v. LEHIGH VAL. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 10, 1900.) Action by Henry I. Davis against the Lehigh Valley Railroad Company. No opinion. Judgment and order affirmed, with costs.

DEERING v. REILLY. (Supreme Court, Appellate Division, First Department. October 19, 1900.) Action by James A. Deering against William J. Reilly. No opinion. Motion denied, with $10 costs. See 56 N. Y. Supp. 704, and 61 N. Y. Supp. 1135.

DELECKER, Appellant, v. CAMP et al., Respondents. (Supreme Court, Appellate Division, First Department. October 19, 1900.) Action by Charles Delecker against Fred E. Camp and others. T. H. Friend, for appel-

lant. F. E. Eustis, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

DESBECKER et al., Respondents, v. CAUFFMAN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 10, 1900.) Action by Benjamin Desbecker and another against David M. Cauffman and another. No opinion. Judgment and order affirmed, with costs. See 65 N. Y. Supp. 1131.

DITMAS, Respondent, v. McKANE, Appellant. (Supreme Court, Appellate Division, Second Department. October 19, 1900.) Action by Abigal V. Ditmas, as administratrix, etc., of Henry C. Ditmas, deceased, against Fanny McKane, impleaded, etc. No opinion. Order affirmed, with $10 costs and disbursements.

In re DODGE. (Supreme Court, Appellate Division, Second Department. October 19, 1900.) In the matter of the application of William W. Dodge for admission to the bar. No opinion. The papers should be amended, so as to show that no application has been made for admission in any other department.

In re DODGE. (Supreme Court, Appellate Division, Second Department. October 26, 1900.) In the matter of the application of William W. Dodge for admission to the bar. No opinion. Application granted.

DREYER v. TUTTLE et al. (Supreme Court, Appellate Division, Second Department. October 12, 1900.) Action by Louis Dreyer against Mary L. Tuttle, Bennett Dreyer, and another. No opinion. Order affirmed, with costs.

DURYEA v. FUECHSEL. (Supreme Court, Appellate Division, First Department. July 17, 1900.) Action by John Duryea against Catherine Fuechsel, as executrix, etc. No opinion. Motion granted, with $10 costs.

EARLY, Respondent, v. KORN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. September 18, 1900.) Action by Peter Early against Mary Ann Korn, impleaded, etc., and others. No opinion. Interlocutory judgment affirmed, with costs to the respondent and disbursements to the appellants payable out of the fund.

EGGLESTON, Respondent, v. RICHARDS et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 12, 1900.) Action by William N. Eggleston against Edward J. Richards, James V. Lawrence, sole surviving member of the firm of Lawrence Bros., and others. No opinion. Motion to dismiss appeal granted, with $10 costs of motion and the disbursements on the appeal.

FARQUHAR et al., Appellants, v. WISCONSIN CONDENSED MILK CO., Respondent. (Supreme Court, Appellate Division, Second Department. July 23, 1900.) Action by James

Law Farquhar and John Black Farquhar against the Wisconsin Condensed Milk Company.

PER CURIAM. Order (62 N. Y. Supp. 305) modified, so as to reduce the amount of the additional undertaking to the sum of $4,000, and, as modified, affirmed, without costs of this appeal to either party.

FARRINGTON, Appellant, v. MUCHMORE, Respondent. (Supreme Court, Appellate Division, Second Department. July 17, 1900.) Action by George F. Farrington against Alice B. Muchmore, as administratrix, etc., of Edward E. Muchmore, deceased.

PER CURIAM. Motion for reargument denied. We think that the defendant puts too limited a construction upon the case of Clare v. Lockard, 122 N. Y. 263, 25 N. E. 391, 9 L. R. A. 547. We are also of the opinion that, if it were necessary to make out a case for service by publication, the affidavits in behalf of the plaintiff sufficed for that purpose. See 62 N. Y. Supp. 165, and 65 N. Y. Supp. 432.

FARRINGTON, Appellant, v. MUCHMORE, Respondent. (Supreme Court, Appellate Division, Second Department. July 23, 1900.) Action by George F. Farrington against Alice B. Muchmore, as administratrix, etc., of Edward E. Muchmore, deceased. No opinion. Motion for leave to appeal to the court of appeals denied. See 62 N. Y. Supp. 165, and 65 N. Y. Supp. 432.

FENTON v. MATTHEWS et al. (Supreme Court, Appellate Division, Fourth Department, July 24, 1900.) Action by George B. Fenton against George E. Matthews and others. No opinion. Plaintiff's exceptions overruled, and judgment ordered for the defendants on the verdict, with costs.

FLEISCHMANN et al. v. FLEISCHMANN et al. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Action by Udo M. Fleischmann and others, against Julius Fleischmann and others for an accounting. From an order compelling an inspection of partnership books (65 N. Y. Supp. 93), defendants appeal. Affirmed. C. B. Smith, for appellants. B. Winthrop, for respondents.

PER CURIAM. The facts in this case are the same as in the case of Fleischmann v. Fleischmann (decided herewith) 66 N. Y. Supp. 33, and for the reasons stated in the opinion in that case the order is affirmed, with $10 costs and disbursements.

FLIEH v. AVERILL et al. (Supreme Court, Appellate Division, Fourth Department. July 4, 1900.) Action by Mary L. Flieh against Charles S. Averill and another. No opinion. Motion for leave to appeal to the court of appeals denied, with $10 costs. See 65 N. Y. Supp. 133.

FLYNN et al. v. CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. October 19, 1900.) Action by James L. Flynn and Canice Cassin against the city of New York.

PER CURIAM. Reargument ordered. In the argument already had no reference was made to the decision of the court of appeals in Re Dobson, 146 N. Y. 357, 40 N. E. 988. This court desires to hear counsel in regard to the effect of that decision upon the question involved in this appeal.

FROST, Appellant, v. WEEHAWKEN WHARF CO., Respondent. (City Court of New York, General Term. October 29, 1900.) Action by Eelihu B. Frost, as assignee, against the Weehawken Wharf Company. From an order the plaintiff appeals. Affirmed. Norman G. Johnson, for appellant. Wilder & Anderson, for respondent.

PER CURIAM. Order appealed from affirmed, with costs.

FUCHS v. AARONSOHN. (Supreme Court, Appellate Term. November 7, 1900.) Action by Louis Fuchs against Harris Aaronsohn. From a judgment for defendant, plaintiff appeals. Affirmed. J. H. Wood, for appellant. I. Marks, for respondent.

PER CURIAM. The plaintiff's claim was that at the time of the action the defendant wrongfully detained the chattels in question. The evidence showed that there was no wrongful detention, and therefore the judgment awarding the chattels to the defendant was proper. The defendant, not having unlawfully detained the property, was entitled to recover, and, as he had been deprived of the property, it was proper that it should be restored to him, or that he should have its value. Judgment affirmed, with costs.

FUHRMANN, Appellant, v. BRAYER, Respondent. (Supreme Court, Appellate Division, Fourth Department. May Term, 1900.) Action by William F. Fuhrmann against Nicholas L. Brayer. No opinion. Judgment affirmed, with costs.

GALLIGAN, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (City Court of New York, General Term. October 29, 1900.) Action by John F. Galligan against the Metropolitan Street-Railway Company. From a judgment in favor of plaintiff, defendant appeals. Affirmed. Henry A. Robinson, for appellant. Philip J. Britt, for respondent.

PER CURIAM. Judgment affirmed, with costs.

GAVIN v. O'BRIEN et al. (Supreme Court, Appellate Division, Third Department. September 25, 1900.) Action by James F. Gavin against Edmond A. O'Brien and others. No opinion. Order affirmed, with $10 costs and disbursements.

GEE, Respondent, v. GRIDLEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 24, 1900.) Action by John W. Gee against Willis T. Gridley. No opinion. Judgment affirmed, with costs.

GIBBS, Appellant, v. ROCHESTER RY. CO., Respondent. (Supreme Court, Appellate